19 A.3d 984

IN THE MATTER OF MARTIN ALBERT GLEASON, AN
ATTORNEY AT LAW (ATTORNEY NO. 045961992).

June 7, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–395, concluding that **MARTIN ALBERT GLEASON** of **BOUND BROOK,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.5(b) (failure to communicate to client in writing the basis or rate of the fee), *RPC* 1.15(a) (negligent misappropriation of client funds), and *RPC* 1.15(d) (failure to comply with the recordkeeping requirements of *R.* 1:21–6), and good cause appearing;

It is ORDERED that **MARTIN ALBERT GLEASON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.